In the Matter of TEDDY MOORE, Appellant, v STATE OF NEW YORK GRIEVANCE COMMITTEE FOR THE SECOND, ELEVENTH, and THIRTEENTH JUDICIAL DISTRICTS, Respondent.

Submitted June 26, 2017; decided September 5, 2017

Motion for reargument of motion for leave to appeal denied [*see* 29 NY3d 910 (2017)].

Chief Judge DiFiore and Judge Feinman taking no part.